UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: : | Case No. 07-65866-MGD |
| **LESLIE DEAN HILL and SHARON DENISE HILL** : | Chapter 13 |
| Debtor. : | |

### ORDER FOR PAYMENT OF UNCLAIMED FUNDS

On November 7, 2012, the Trustee filed a Trustee's Notice and Payment into the Court for Unclaimed Funds and issued a check to the Clerk, U.S. Bankruptcy Court, for deposit into the Registry of the Court in the amount of $845.33 on behalf of CHEVRON CREDIT BANK, N.A. GE Money Bank ("Claimant") is successor to CHEVRON CREDIT BANK, N.A.

On March 4, 2013, Claimant filed an Application for Payment of Unclaimed Funds. The Application and the documents attached thereto establish that Claimant is entitled to the Unclaimed Funds. Attached to the Application is a Limited Power of Attorney. The Application directs the Clerk to send the funds to the attention of Greg Griffith at American Property Locators while the Limited Power of Attorney directs that the funds be sent to the attention of Bruce Squillante at General Electric Co. The Clerk is authorized to send the Unclaimed Funds to an address in accordance with the Limited Power of Attorney. Accordingly, it is

**ORDERED** that the Clerk, U.S. Bankruptcy Court, shall issue a check in the amount of $845.33 payable to GE Money Bank successor to CHEVRON CREDIT BANK, N.A., and shall send said check to payee at the following address: General Electric Co., c/o Bruce Squillante, 4211 Metro

Parkway, Fort Myers, FL 33916.

**SO ORDERED**, this the 20th day of ~~October, 2006.~~ March, 2013

*Mary Grace Diehl*
MARY GRACE DIEHL
UNITED STATES BANKRUPTCY JUDGE